**FILED**
**02/14/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
### District of _Southern Indiana_

| | |
|---|---|
| Maria PETER<br>Michael PETER<br>Julika BERGER<br>Jarolin BERGER<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **1:22-cv-332-SEB-MG**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Susan Diane WOJCICKI<br>William Henry GATES<br>Stéphane BANCEL<br>Albert BOURLA<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Maria & Michael PETER | Julika & Jarolin BERGER |
| Street Address | Jager St 6 b | Kreuzlinger St 45 b |
| City and County | Hohenems | Konstanz |
| State and Zip Code | A - 6845 | D - 78462 |
| Telephone Number | +43 664 7301 3271 | +49 157 852 76 77 |
| E-mail Address | magic_spiral @ gmx.net | i.beratung @ gmx.de |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Susan Diane WOJCICKI |
| Job or Title *(if known)* | CEO online video platform YT |
| Street Address | 901 Cherry Avenue |
| City and County | San Bruno |
| State and Zip Code | CA 94066 |
| Telephone Number | (650)-253-0001 |
| E-mail Address *(if known)* | susan@google.com |

Defendant No. 2

| | |
|---|---|
| Name | William Henry GATES |
| Job or Title *(if known)* | Persident BMGF |
| Street Address | P.O. Box 23350 |
| City and County | Seattle |
| State and Zip Code | WA 98102 |
| Telephone Number | (206)709-3400 |
| E-mail Address *(if known)* | media@gatesfoundation.com |

Defendant No. 3

| | |
|---|---|
| Name | Stéphane BANCEL |
| Job or Title *(if known)* | CEO Mode-RNA Therapeutics Inc. |
| Street Address | 200 Technology Square |
| City and County | Cambridge |
| State and Zip Code | MA 02139 |
| Telephone Number | (617) 714-6500 (corporate office) |
| E-mail Address *(if known)* | IR@modernatx.com |

Defendant No. 4

| | |
|---|---|
| Name | Albert BOURLA |
| Job or Title *(if known)* | CEO Pfizer Inc. |
| Street Address | 235 East 42nd Street |
| City and County | New York |
| State and Zip Code | NY 10017 |
| Telephone Number | (212) 733-2323  (corporate office) |
| E-mail Address *(if known)* | RecruitingAccommodations@pfizer.com |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) __Michel PETER, Maria PETER from Austria__, is a citizen of the State of (name) __Julika BERGER, Jarolin BERGEr, Germany__.

2. If the plaintiff is a corporation

   The plaintiff, (name) __-- . --__, is incorporated under the laws of the State of (name) __-- . --__, and has its principal place of business in the State of (name) __-- . --__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __-- . --__, is a citizen of the State of (name) __-- . --__. Or is a citizen of (foreign nation) __-- . --__.

2. If the defendant is a corporation

   The defendant, (name) __WOJCICKI - GATES - BANCEL - BOURLA__, is incorporated under the laws of the State of (name) __CA - WA - MA - NY__, and has its principal place of business in the State of (name) __CA - WA - MA - NY__. Or is incorporated under the laws of (foreign nation) __-- . --__, and has its principal place of business in (name) __-- . --__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Page 3 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Compensation $ 100'000: Four plaintiffs handicapped 2021-2023 by medication & psychotherapy of the new anxiety disease Akva Again-killer-virus-attack (ICD F41.0). Punitive Damage: $16 Trillion. Because in 2020, defendants rose risk of killer-virus-attacks from 10% to 70%, making NATO/Brussels announce on 30/12/2020 nuclear retaliatory strikes against aggressive states/terrorists attacking with killer-viruses.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 04/12/2020, at *(place)* San Bruno/CA & Seattle/WA, & earlier in New York/NY, Cambridge/MA,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Our doctors tell us: On 3/13/2020, SB in New York/NY & AB in Cambridge/MA, and on 4/12/2020 SDW in San Bruno/CA & WHG in Seattle/WA failed to keep the risk of synthetic bioweapon-attacks at the 10%-low, but rose it to a 70%-high - and said in mass media: Here is "the greatest downfall the world faces" because "a new vaccine" has to "get out to seven billion people", affording "18 months lockdown", as this "is a pandemic, a deadly (killer) virus". SDW/WHG/SB/AB let damage-knowhow fall - uncensored - into wrong hands, because on 30/12/2020 NATO announced nuclear retaliatory strikes against aggressive states/terrorists using synthetic bioweapons.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Agressive states/terrorists are happy to learn from SDW/WHG/SB/AB - via online video plattforms - the $16-Trillion-damage-trick. Our officers tell us: Military expects more attackers to apply this virus-trick - the new high killer-virus-threat continues. Our public health informs: Some citizens notice - due to 2020's lockdown-damage including government depth - nation's vulnerability and r e a l i z e the new high risk of killer-virus-attacks - and cope well with it. Other citizens, however, are shocked and suffer new anxiety disease Akva (Again-killer-virus-attack). This ICD F41.0-disease requires two year's medication & psychotherapy, says mayoclinic.org.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Plaintiffs Maria/43y, Michael/14y, Julika/50y, Jarolin/15y are handicapped from 2/2021-2/2023 (7/2021-7/2023) by the two years medication&psychotherapy of thier anxiety disease Akva. Each plaintiff claims: $ 25'000.

Punitive Damage - this is not plaintiff's business, yet we remind:

Defendant AB and SB are world's expert in synthetic bioweapons and know that "covid19" is not a killer-virus, merely for people aged 85+, see All-cause-deaths2017-2021 of euroMOMO.eu (attached) and charts from OECD-Stat. Yet SDW/HWG/AB/SB said uncensored in mass media "18 months lockdown" for "deadly virus", thus making any pandemic extremely lengthy & costly. Result: Nation's military becomes very nervous, as aggressive states/terrorists are inspired to apply more syntethic bioweapons.

Therefor: Punitive Damage: $16 Trillion. TDH Terre des Hommes, MSF Medicine Sans Frontiers, IKRK, Amnesty International, Caritas, might distribute this amount to countries, communities, nation's military affected most from AB/SB/WHG/SDW's negligence rising in 2020 the risk of killer-virus-attacks from 10% to continuous 70%.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/12/2022

Signature of Plaintiff: Covi19 & our Akva passes. High threat of killer-virus-attacks remains.

Printed Name of Plaintiff: Maria PETER, Michel PETER, Julika BERGER, Jarolin BERGER

### B. For Attorneys

Date of signing:

Signature of Attorney: $16-trillion-damage-trick - see 10/20/2020 Harvard Gazette: "What

Printed Name of Attorney: might Covid19 cost the U.S.?  Try $ 16 trillion."

Bar Number: Increase in 2020 from 10% to 70%? Watch publication rate:

Name of Law Firm: 2000 - 2020:  Only 10 publications on synthetic bioweapons THREAT

Street Address: Jan-Dec. 2021: 140 publications on new synthetic bioweapons threat.

State and Zip Code: Call us for more details and proofs.

Telephone Number: Several UScitizens affected by new anxienty disease Akva (ICD F41)

E-mail Address: did not yet join Complaint - they fear being 'deleted' by defendants.