UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARIA PETER, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:22-cv-00332-SEB-MG |
| SUSAN WOJCICKI, et al. | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The court having this day made its Entry directing the entry of final judgment, this action is dismissed without prejudice.

IT IS SO ORDERED.

Date: 5/10/2022

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARIA PETER
Jager St. 6 b
Hohenems A - 6845

MICHAEL PETER
Jager St. 6 b
Hohenems A - 6845

JULIKA BERGER
Kreuzlinger St. 45 b
Konstanz D - 78462

JAROLIN BERGER
Kreuzlinger St. 45 b
Konstanz D - 78462